No. 94–921. TRI-STATE STEEL CONSTRUCTION CO., INC., ET AL. *v.* REICH, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–936. MONTANA SULPHUR & CHEMICAL CO. *v.* REICH, SECRETARY OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–982. O'NEILL ET AL. *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–990. LIVING WILL CENTER ET AL. *v.* NBC SUBSIDIARY (KCNC–TV), INC., ET AL. Sup. Ct. Colo. Certiorari denied.

No. 94–1053. LEVINE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–1055. SYSCO CORP. *v.* TONE BROTHERS, INC. C. A. Fed. Cir. Certiorari denied.

No. 94–1057. HAZEL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–1090. PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY, WASHINGTON *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1093. NORTHEAST UTILITIES SERVICE CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1104. BW PARKWAY ASSOCIATES PARTNERSHIP *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–1109. DEL CRANE MEDICAL CORP. *v.* CALIFORNIA DEPARTMENT OF HEALTH SERVICES. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–1112. WORKMAN *v.* JORDAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–1114. KIRKPATRICK *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.